UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT MAURICE PAYTON,<br><br>   Plaintiff,<br><br>   v.<br><br>H. ROBINSON, et al.,<br><br>   Defendants. | No. 2:24-cv-0961 CKD P<br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that the stay imposed in this action on November 19, 2024 is lifted and defendants shall file a responsive pleading within 14 days.

Dated: April 21, 2025

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
payt0961.resp

1