IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORBERT MAURICE PAYTON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**H. ROBINSON, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:24-cv-00961-DAD-CKD<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendants H. Robinson N. Pike, D. Tabbs, C. Cabatic, D. Avdeyev, and R. Dimes-Williams filed an Ex Parte Application for an Extension of Time to File a Dispositive Motion. Having read and considered the Application and its attachments, good cause exists to grant it. The deadline for Defendants to file a dispositive motion is hereby extended to February 27, 2026.

**IT IS SO ORDERED.**

Dated:  November 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE