UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT MAURICE PAYTON, | No. 2:24-cv-00961-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S SECOND CLAIM ASSERTED IN HIS OPERATIVE COMPLAINT |
| H. ROBINSON, et al., | |
| Defendants. | (Doc. No. 7) |

Plaintiff Norbert Maurice Payton is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's second claim asserted against defendant Robinson for failing to prevent the excessive use of force by other officers against plaintiff in violation of the Fourteenth Amendment be dismissed. (Doc. No. 7.) The magistrate judge concluded that plaintiff had failed to state a cognizable claim for relief in this regard because plaintiff had alleged that it was defendant Robinson who had ordered the use of excessive force against plaintiff directly, rather than merely failing to prevent that force and plaintiff had named defendant Robinson in his first claim asserting the excessive use of force. (*Id.* at 2.)

/////

1

The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on September 10, 2024 (Doc. No. 7) are ADOPTED in full;

2.  Plaintiff's second claim asserted in his operative complaint for violation of the Fourteenth Amendment against defendant Robinson is DISMISSED; and

3.  This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On November 19, 2024, this action was stayed for 120 days following the referral of this case to the Alternative Dispute Resolution Project. (Doc. No. 14.) On April 21, 2025, that stay was lifted. (Doc. No. 20.)

2